71901, 71902. JONES ROOFING & CONSTRUCTION COMPANY, INC. v. ROBERTS; and vice versa.
(345 SE2d 683)

BEASLEY, Judge.

The instant main appeal was taken from a judgment awarding damages of $1,340 plus attorney fees in the amount of $300.

1. Since this was an action for damages in which the judgment was less than $2,500, appellant was required to file an application which it did not do. OCGA § 5-6-35 (a) (6); *City of Brunswick v. Todd*, 255 Ga. 448 (339 SE2d 589) (1986); *Brown v. Assoc. Fin. Svcs. Corp.*, 255 Ga. 457 (339 SE2d 590) (1986). The main appeal is therefore dismissed.

2. The cross-appeal by Roberts suffers from the same infirmity. Although OCGA § 5-6-48 permits a cross-appeal to survive the dis-

missal of a main appeal this is true only where the cross-appeal can stand on its own merit. This court has no jurisdiction to entertain a cross-appeal "which must derive its life from the main appeal." *Steele v. Cincinnati Ins. Co.*, 167 Ga. App. 550 (2) (307 SE2d 44) (1983), reversed on other grounds, *Steele v. Cincinnati Ins. Co.*, 252 Ga. 58 (311 SE2d 470) (1984), and cases therein cited. Here there was no application for discretionary review by cross-appellant so the cross-appeal cannot stand in its own right.

*Main appeal (Case No. 71901) and cross-appeal (Case No. 71902) dismissed. Deen, P. J., and Benham, J., concur.*

DECIDED MAY 22, 1986.

*Allen W. Johnson*, for appellant.
*John L. Creson*, for appellee.